Judge Buchwald

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :     INDICTMENT

    - v. -                           :     08 Cr.

WILLIAM MULLIGAN,                    :

           Defendant.              :
- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 15 2008

08 CRIM 764

COUNT ONE

The Grand Jury charges:

On or about May 21, 2008, in the Southern District of New York, WILLIAM MULLIGAN, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about October 4, 2002, in New York Supreme Court, Bronx County, for Attempted Criminal Possession of a Loaded Weapon in the Third Degree, in violation of New York Penal Law 265.02, a Class E Felony, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a .9mm Taurus firearm, and ammunition, to wit, eight Winchester bullets, all of which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)


_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

Post 11-1-87
8/15/08
Filed Ind.
Pitman, J.